**LAW OFFICES OF NOLAN KLEIN, P.A.**                    ATTORNEYS & COUNSELORS

112 W. 34TH STREET, SUITE 1800
NEW YORK, NY 10120
PH: (646) 560-3230

633 S. ANDREWS AVE., SUITE 500
FORT LAUDERDALE, FL 33301
PH: (954) 745-0588

www.nklegal.com

Nolan Klein, Esq.
klein@nklegal.com

May 18, 2022

**VIA CM/ECF**
Honorable Judge Ronnie Abrams
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:      **_Mercer v. 939 First Ave. Liquors, Inc., et al._**
               SDNY Case No.: 1:22-cv-01978-RA

Dear Judge Abrams:

      This office represents the Plaintiff, Stacey Mercer, in the above-captioned case. An initial pre-trial conference is scheduled for May 26, 2022 at 11:00 a.m.

      The parties' case management plan is due May 20, 2022. To date, Defendants 939 First Ave. Liquors, Inc. d/b/a Fine Wines on First and First Ave 945 Realty, LLC, have not made an appearance or returned the waivers of service forms that were delivered to them. Accordingly, Plaintiff has proceeded to serve both defendants directly. As such, Plaintiff respectfully requests that this Court adjourn the conference to an alternate date and time to allow time for Defendants to make an appearance. This is the first request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates.

      We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By:   _/s/ Nolan Klein_
      NOLAN KLEIN (NK4223)

---

The conference scheduled for May 26, 2022 is adjourned *sine die*. The Court will set a new date for the conference once Defendants have been served and have appeared in this action. Plaintiff shall promptly file proof of service on the docket.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 19, 2022